```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 45392
   WILLIAM K THOMPSON
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-9443

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 12/10/2004 and was confirmed 02/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/18/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
JP MORGAN CHASE BANK NA   SPECIAL CLASS    7549.92            .00          517.29
JP MORGAN CHASE/BANK ONE  SECURED         19421.93         2746.03       11721.27
CITI FINANCIAL~           SECURED          4670.35          360.61        4670.35
AMERICAN EXPRESS TRAVEL   UNSECURED        1936.84            .00             .00
AMERICAN EXPRESS TRAVEL   UNSECURED         986.79            .00             .00
JP MORGAN CHASE BANK NA   UNSECURED        5966.95            .00             .00
BANK ONE LOAN SERVICING   UNSECURED       NOT FILED           .00             .00
CAPITAL ONE               UNSECURED       NOT FILED           .00             .00
ECAST SETTLEMENT CORP     UNSECURED         598.61            .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED        6278.84            .00             .00
GUITAR CENTER             UNSECURED       NOT FILED           .00             .00
HARLEY DAVIDSON CREDIT    UNSECURED       11847.32            .00             .00
ECAST SETTLEMENT CORP     UNSECURED        3321.53            .00             .00
KEY BANK USA              FILED LATE       9774.88            .00             .00
ECAST SETTLEMENT CORP     UNSECURED         811.68            .00             .00
BANK ONE LOAN SERVICING   NOTICE ONLY     NOT FILED           .00             .00
JP MORGAN CHASE BANK NA   UNSECURED        7391.79            .00             .00
JP MORGAN CHASE BANK NA   NOTICE ONLY     NOT FILED           .00             .00
JP MORGAN CHASE/BANK ONE  UNSECURED            .00            .00             .00
ECAST SETTLEMENT CORP     UNSECURED        1201.87            .00             .00
JAMES R SCHEIBEL          DEBTOR ATTY          .00                            .00
TOM VAUGHN                TRUSTEE                                        1,106.53
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                21,122.08

PRIORITY                                          .00
SECURED                                     16,391.62

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 45392 WILLIAM K THOMPSON
```

```
     INTEREST                                             3,106.64
UNSECURED                                                   517.29
ADMINISTRATIVE                                                 .00
TRUSTEE COMPENSATION                                      1,106.53
DEBTOR REFUND                                                  .00
                                       ---------------   ---------------
TOTALS                                     21,122.08         21,122.08
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
    Dated: 12/27/07                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```